No. 1003. TAPE INDUSTRIES ASSOCIATION OF AMERICA ET AL. *v.* YOUNGER, DISTRICT ATTORNEY OF LOS ANGELES COUNTY, ET AL. Appeal from D. C. C. D. Cal. dismissed for want of jurisdiction.

No. 6229. ANDERSON *v.* NEW YORK ET AL. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 986. BAKER ET AL., TRUSTEES OF PROPERTY OF PENN CENTRAL TRANSPORTATION CO. *v.* PENNSYLVANIA ET AL. Appeal from D. C. W. D. Pa. Judgment vacated and case remanded with instructions to vacate the interlocutory injunction appealed from because the injunction, together with the underlying cause, has become moot.

No. 6047. CHRISTOPHER ET AL. *v.* MITCHELL, ATTORNEY GENERAL, ET AL. Appeal from D. C. D. C. Judgment vacated and case remanded for further consideration in light of the judgment of this Court in No. 43, Orig., *Oregon* v. *Mitchell,* No. 44, Orig., *Texas* v. *Mitchell,* No. 46, Orig., *United States* v. *Arizona,* and No. 47, Orig., *United States* v. *Idaho* [400 U. S. 112].

No. 6080. RAY *v.* ATTORNEY GENERAL OF THE UNITED STATES ET AL. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the United States District Court for the Central District of California with directions to dismiss the application for habeas corpus as moot.